IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY SHARP | PETITIONER |
| v. | No. 1:08CV79-D-D |
| LAWRENCE KELLY, ET AL. | DEFENDANTS |

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated May 28, 2010, the petitioner's June 10, 2010, objections to the Report and Recommendation, and the state's June 11, 2010, response to those objections, the court holds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 28, 2010, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is **DENIED**.

3. That this case is **CLOSED**.

THIS, the 16 day of June, 2010.

_____
SENIOR JUDGE